UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) ) ) | |
| v. | ) ) | Criminal No. 23-cr-10130-IT |
| LITANG LIANG, | ) ) ) | |
| Defendant. | ) ) | |

## JOINT EXHIBIT LIST

The government, with the assent of the Defendant, hereby files the attached Joint Exhibit List for trial starting February 3, 2025. The parties reserve to right to amend or supplement the Exhibit List as appropriate.

Dated: January 17, 2025

Respectfully submitted,

JOSHUA S. LEVY
United States Attorney

By:  */s/ Timothy H. Kistner*
Timothy H. Kistner
Assistant U.S. Attorney

*/s/ Menno Goedman*
Menno Goedman
Trial Attorney
National Security Division

## **CERTIFICATE OF SERVICE**

    I hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and that paper copies will be sent to those indicated as non-registered participants on this date.

                                                */s/ Timothy H. Kistner*
                                                Timothy H. Kistner
                                                Assistant U.S. Attorney

# ATTACHMENT

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| **Exh. # for ID** | **Briefly Describe** | **Party Offering Exhibit** | **Does party expect to offer exhibit or may offer if need arises?** | **Does Opposing Side Object, Reserve, or Have No Objection** | | | |
| 1 | 10/22/2022 - Photos from Search of 25 Duval St. Apt. 1 | US | Expects to offer | No Objection | | | |
| 2 | 10/22/2022 - Photograph Log | US | Expects to offer | No Objection | | | |
| 3 | 10/22/2022 - Property Receipt | US | Expects to offer | No Objection | | | |
| 4 | Evidence Item 4 - CCPPNR Reunification Forum Brochure | US | Expects to offer | No Objection | | | |
| 5 | Evidence Item 10 - iPhone XR S/N F17XX8WSKXKP | US | Expects to offer | No Objection | | | |
| 6 | Evidence Item 19 - Portfolio Book | US | Expects to offer | No Objection | | | |
| 7 | Evidence Item 20 - Business Cards | US | Expects to offer | No Objection | | | |
| 8 | Evidence Item 23 - China Police Display | US | Expects to offer | Object | | | |
| 9 | Evidence Item 24 - CCPPNR Reunification Forum Magazines | US | Expects to offer | No Objection | | | |
| 10 | Evidence Item 25 - Bank Docs + Business Cards | US | Expects to offer | No Objection | | | |
| 11 | Evidence Item 29 - Pictures and Note | US | Expects to offer | No Objection | | | |
| 12 | Evidence Item 30 - Gold iPhone 6S | US | Expects to offer | No Objection | | | |
| 13 | Evidence Item 31 - HP Laptop S/N 5CD10770X05 | US | Expects to offer | No Objection | | | |
| 14 | Evidence Item 33 - Silver iPhone IMEI 013438004600968 | US | Expects to offer | No Objection | | | |
| 15 | Evidence Item 34 - NEAPUC Documents | US | Expects to offer | No Objection | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 16 | Evidence Item 36 - NEAPUC Documents | US | Expects to offer | No Objection | | | |
| 17 | Evidence Item 37 - Gold iPhone 13 Pro Max IMEI 352569483423644 | US | Expects to offer | No Objection | | | |
| 18 | Evidence Item 39 - 30th Anniversary CCPPNR lanyard | US | Expects to offer | No Objection | | | |
| 19 | Translation of CCPPNR Lanyard | US | Expects to offer | No Objection | | | |
| 20 | Evidence Item 40 - Overseas Chinese Affairs Office of State Lanyard | US | Expects to offer | No Objection | | | |
| 21 | Evidence Item 42 - Ministry of Public Security Box | US | Expects to offer | Object | | | |
| 22 | Evidence Item 43 - Photographs | US | Expects to offer | No Objection | | | |
| 23 | MPS Belt Buckle | US | Expects to offer | Object | | | |
| 24 | Translation of WeChat communications between Litang Liang and Liu Aiming | US | Expects to offer | No Objection | | | |
| 25 | Translation of WeChat communications between Litang Liang and Qin Wenlong | US | Expects to offer | No Objection | | | |
| 26 | Translation of WeChat communications between Litang Liang and Zhong Ruiming | US | Expects to offer | No Objection | | | |
| 27 | Translation of WeChat communications between Litang Liang and Cheng Miao | US | Expects to offer | No Objection | | | |
| 28 | Translation of WeChat communications between Litang Liang and He Xiaohui | US | Expects to offer | No Objection | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 29 | Translation of WeChat communications between Litang Liang and Wan Chu Wu | US | Expects to offer | No Objection | | | |
| 30 | Translation of WeChat communications between Litang Liang and Zhao Jiawei | US | Expects to offer | No Objection | | | |
| 31 | Translation of WeChat communications between Litang Liang and "Joe" | US | Expects to offer | No Objection | | | |
| 32 | Translation of WeChat communications between Litang Liang and Nian Yiduo | US | Expects to offer | No Objection | | | |
| 33 | Translation of WeChat communications between Litang Liang and Yu Qicheng | US | Expects to offer | No Objection | | | |
| 34 | Translation of WeChat communications between Litang Liang and Xie Feng | US | Expects to offer | No Objection | | | |
| 35 | Translation of WeChat communications between Litang Liang and Qiu Jian | US | Expects to offer | No Objection | | | |
| 36 | Translation of WeChat communications between Litang Liang and GuoZhaoxiang | US | Expects to offer | No Objection | | | |
| 37 | Translation of WeChat communications between Litang Liang and Gilbert Ho | US | Expects to offer | No Objection | | | |
| 38 | Translation of WeChat communications between Litang Liang and Xu Bujun | US | Expects to offer | No Objection | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 39 | Translation of WeChat communications between Litang Liang and Liu Yanling | US | Expects to offer | No Objection | | | |
| 40 | Translation of NEAPUC Work Report | US | Expects to offer | No Objection | | | |
| 41 | Translation of Beijing Wuyi Overseas Chinese letter | US | Expects to offer | No Objection | | | |
| 42 | Translation of CACC/APUC Group Chat | US | Expects to offer | No Objection | | | |
| 43 | Translation of NEAPUC Meeting Minutes | US | Expects to offer | No Objection | | | |
| 44 | Translation of WeChat communications between Litang Liang and members of BAPUC | US | Expects to offer | No Objection | | | |
| 45 | Zhong Ruiming Business Card | US | Expects to offer | No Objection | | | |
| 46 | Black Name List Email | US | Expects to offer | No Objection | | | |
| 47 | Video of Litang Liang Interview with FBI | US | Expects to offer | No Objection | | | |
| 48 | Archive of Facebook Link | US | Expects to offer | Object | | | |
| 49 | Non-Immigrant Visa documentation relating to Liu Aiming | US | Expects to offer | No Objection | | | |
| 50 | Non-Immigrant Visa documentation relating to Cheng Miao | US | Expects to offer | No Objection | | | |
| 51 | Non-Immigrant Visa documentation relating to Zhu Jiayao | US | Expects to offer | No Objection | | | |
| 52 | Non-Immigrant Visa documentation relating to Guo Zhaoxiang | US | Expects to offer | No Objection | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 53 | Non-Immigrant Visa documentation relating to Wang Jun | US | Expects to offer | No Objection | | | |
| 54 | Non-Immigrant Visa documentation relating to Zhong Ruiming | US | Expects to offer | No Objection | | | |
| 55 | Non-Immigrant Visa documentation relating to Liu Yanling | US | Expects to offer | No Objection | | | |
| 56 | Non-Immigrant Visa documentation relating to Qiu Jian | US | Expects to offer | No Objection | | | |
| 57 | Non-Immigrant Visa documentation relating to Li Dailin | US | Expects to offer | No Objection | | | |
| 58 | Non-Immigrant Visa documentation relating to Nian Yiduo | US | Expects to offer | No Objection | | | |
| 59 | Liang Uniform Photo from iPhone XR - 1 | US | Expects to offer | Object | | | |
| 60 | Liang Uniform Photo from iPhone XR - 2 | US | Expects to offer | Object | | | |
| 61 | Liang Uniform Photo from iPhone XR - 3 | US | Expects to offer | Object | | | |
| 62 | Liang Uniform Photo from iPhone XR - 4 | US | Expects to offer | Object | | | |
| 63 | Liang Uniform Photo from iPhone XR - 5 | US | Expects to offer | Object | | | |
| 64 | Liang iPhone XR Lock Screen Photo | US | Expects to offer | Object | | | |
| 65 | Liang Photo with Qin Jian from iPhone XR | US | Expects to offer | No Objection | | | |
| 66 | Liang Photo with Zhong Ruiming from iPhone XR - 1 | US | Expects to offer | No Objection | | | |
| 67 | Liang Photo with Zhong Ruiming from iPhone XR - 2 | US | Expects to offer | No Objection | | | |
| 68 | Liang Photo with Zhong Ruiming from iPhone XR - 3 | US | Expects to offer | No Objection | | | |
| 69 | Liang Photo with Zhong Ruiming from iPhone XR - 4 | US | Expects to offer | No Objection | | | |
| 70 | FARA Records Certification | US | Expects to offer | No Objection | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 71 | Screenshots of Liang PRC Embassy Photos | US | Expects to offer | No Objection | | | |
| 72 | Liang 2019 Trip Photo from iPhone XR - 1 | US | Expects to offer | No Objection | | | |
| 73 | Liang 2019 Trip Photo from iPhone XR - 2 | US | Expects to offer | No Objection | | | |
| 74 | Liang 2019 Trip Photo from iPhone XR - 3 | US | Expects to offer | No Objection | | | |
| 75 | Liang 2019 Trip Photo from iPhone XR - 4 | US | Expects to offer | No Objection | | | |
| 76 | Liang 2019 Trip Photo from iPhone XR - 5 | US | Expects to offer | No Objection | | | |
| 77 | Liang 2019 Trip Photo from iPhone XR - 6 | US | Expects to offer | No Objection | | | |
| 78 | Liang 2019 Trip Photo from iPhone XR - 7 | US | Expects to offer | No Objection | | | |
| 79 | Liang 2019 Trip Photo from iPhone XR - 8 | US | Expects to offer | No Objection | | | |
| 80 | Liang Photo from Hong Kong Rally | US | Expects to offer | No Objection | | | |
| 81 | Hong Kong Wanted List | US | Expects to offer | Object | | | |
| 82 | NEAPUC Paperwork Image - 1 | US | Expects to offer | No Objection | | | |
| 83 | NEAPUC Paperwork Image - 2 | US | Expects to offer | No Objection | | | |
| 84 | NEAPUC Paperwork Image - 3 | US | Expects to offer | No Objection | | | |
| 85 | October 2018 China Trip Photo - 1 | US | Expects to offer | No Objection | | | |
| 86 | October 2018 China Trip Photo - 2 | US | Expects to offer | No Objection | | | |
| 87 | October 2018 China Trip Photo - 3 | US | Expects to offer | No Objection | | | |
| 88 | October 2018 China Trip Photo - 4 | US | Expects to offer | No Objection | | | |
| 89 | October 2018 China Trip Photo - 5 | US | Expects to offer | No Objection | | | |
| 90 | November 2018 China Trip Photo - 1 | US | Expects to offer | No Objection | | | |
| 91 | November 2018 China Trip Photo - 2 | US | Expects to offer | No Objection | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 92 | Translation of Litang Liang Contact List | US | Expects to offer | No Objection | | | |
| 93 | Non-Immigrant Visa documentation relating to Zhao Jiawei | US | Expects to offer | No Objection | | | |
| 94 | Travel Records of Litang Liang | US | Expects to offer | No Objection | | | |
| 95 | Non-Immigrant Visa documentation relating to Yuanfeng Cheng | US | Expects to offer | No Objection | | | |
| 96 | APUC Articles of Incorporation | Def. | May Offer | No Objection | | | |
| 97 | Chinese America Cultural Council Articles of Organization | Def. | May Offer | No Objection | | | |
| 98 | CAA Booklet | Def. | May Offer | Reserve | | | |
| 99 | Chinese Benevolent Assn. Articles of Organization | Def. | May Offer | No Objection | | | |
| 100 | Chinese Benevolent Assn. - Change of Directors | Def. | May Offer | No Objection | | | |
| 101 | Leung Family Assn, Inc Articles of Organization | Def. | May Offer | No Objection | | | |
| 102 | World Kwong Tung Association Articles of Organization | Def. | May Offer | No Objection | | | |
| 103 | FARA Registration Form | Def. | May Offer | Object | | | |
| 104 | FARA Exhibit A to Registration Statement | Def. | May Offer | Object | | | |
| 105 | FARA Exhibit B to Registration Statement | Def. | May Offer | Object | | | |